**CUMBERLAND PORTLAND CEMENT CO.,** a corporation formerly organized under the laws of the State of Delaware, and Cumberland Portland Cement Company, a corporation organized and existing under the laws of the State of Tennessee, Appellants, **v. UNITED STATES** of America, Appellee.

No. 11669.

United States Court of Appeals Sixth Circuit.

Feb. 17, 1953.

Bass, Berry & Sims, Nashville, Tenn., for appellants.

Dick L. Johnson, Nashville, Tenn., and Ellis N. Slack, Washington, D. C., for appellee.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And the court being advised;

It is ordered that the judgment, D.C., 101 F.Supp. 577, be and it hereby is affirmed upon the authority of Manning v. Seeley Tube & Box Company, 338 U.S. 561, 70 S.Ct. 386, 94 L.Ed. 346. Cf. Rodgers v. United States, Ct.Cl., 108 F.Supp. 727.

**MANOS AMUSEMENTS, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11534.

United States Court of Appeals Sixth Circuit.

Feb. 19, 1953.

Lawrence R. Bloomenthal and Cecil H. Kopperman, Cleveland, Ohio, for petitioner.

Charles S. Lyon, Ellis N. Slack, and Melva M. Graney, Washington, D. C., for respondent.

Before SIMONS, Chief Judge and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case having been heard upon the record and briefs of counsel for the respective parties and statement to the Court by counsel for respondent, counsel for petitioner not appearing;

And the Court being advised;

And the Court being of the opinion that the findings of fact as made by the Tax Court are supported by the evidence and that its conclusions of law applicable thereto are not erroneous;

It is ordered that the judgment of the Tax Court be affirmed for the reasons and upon the grounds stated in its memorandum findings of fact and opinion of August 9, 1951.